**Order filed January 26, 2012.**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-11-00956-CV**

_____

**PRATAP AND JAYA DESAI, Appellants**
**V.**
**CHAMBERS COUNTY APPRAISAL DISTRICT AND THE APPRAISAL REVIEW BOARD OF CHAMBERS COUNTY APPRAISAL DISTRICT, Appellees**

**On Appeal from the 344th District Court**
**Chambers County, Texas**
**Trial Court Cause No. CV26666**

_____

**NO. 14-11-00957-CV**

_____

**VICTOR P. AND BONNIE K. YBARRA, Appellants**
**V.**
**CHAMBERS COUNTY APPRAISAL DISTRICT AND THE APPRAISAL REVIEW BOARD OF CHAMBERS COUNTY, Appellees**

**On Appeal from the 344th District Court**
**Chambers County, Texas**
**Trial Court Cause No. CV26667**

**O R D E R**

On January 20, 2012, appellants filed a motion to consolidate these appeals. The appellees do not oppose the motion. Today, the court orders the appeals **CONSOLIDATED.**

All appellate deadlines will be the same for each appeal.


PER CURIAM